IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM RICHTER , | ) | CIVIL ACTION NO. 2:23-cv-0550 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTY CRISWELL WEIGAND |
| | ) | |
| v. | ) | |
| | ) | |
| DUQUESENE UNIVERSITY OF THE | ) | |
| HOLY SPIRIT and JAMES MILLER, | ) | |
| as an aider and abettor of discrimination, | ) | |
| | ) | |
| Defendants. | ) | Electronically Filed. |

## PLAINTIFF'S APPENDIX

Respectfully submitted,

LAW OFFICES OF JOEL SANSONE

s/Joel S. Sansone
Joel S. Sansone, Esquire
PA ID No. 41008
Massimo A. Terzigni, Esquire
PA ID No. 317165
Elizabeth A. Tuttle, Esquire
PA ID No. 322888

Two Gateway Center, Suite 1290
603 Stanwix Street
Pittsburgh, Pennsylvania 15222
412.281.9194

Dated: May 17, 2024